⇘JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** II     **Investigating Agency** HSI

**City** Boston

**County** Suffolk     **Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____ 22-mj-4149/50
Magistrate Judge Case Number _____ 22-mj-4222
Search Warrant Case Number 22-mj-4163/64/65/66   22-mj-4245/46/47
R 20/R 40 from District of _____ 22-mj-4253/54
                                                                                                   22-mj-4216/17/18   22-mj-4367
                                                                                                              22-mj-4372/73/74

**Defendant Information:**

Defendant Name: Brenda Hernandez     Juvenile: ☐ Yes ☑ No   22-mj-4387

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Brenda Hernandez Andrade

Address: (City & State) Stockton, California

Birth date (Yr only): 1998   SSN (last4#): 2849   Sex F   Race: H   Nationality: U.S.

**Defense Counsel if known:** _____    **Address** _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Brendan O'Shea     **Bar Number if applicable** 661677

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12/08/2022     Signature of AUSA: *Brendan D. O'Shea*

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Distribution of 400 or more grams of fentanyl | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____